No. 328. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. R. J. REYNOLDS TOBACCO Co. October 17, 1938.

588

Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. MR. JUSTICE STONE took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioner. *Mr. J. G. Körner, Jr.*, for respondent.